**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>AYMAN SEDER; AND DOES 1-10,<br><br>        Defendants. | Case No. EDCV 14-02256-VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>October 23, 2015</u>

*[signature: Virginia A. Phillips]*

VIRGINIA A. PHILLIPS
United States District Judge